UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

JACQUELINE HALL
on behalf of herself and all
others similarly situated,

    Plaintiff,

v.

L.A. WIRELESS LLC, *et. al.*

    Defendants

Case No. 20-cv-605

---

## STIPULATION OF DISMISSAL

---

The parties hereby stipulate that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and causes of action may be dismissed upon the merits, with prejudice and without costs to either party.

Dated this 1st day of December, 2020

| | |
|---|---|
| *s/ Matthew J. Tobin* | *s/ Jeffrey J. Guerard* |
| Matthew J. Tobin, SBN 1097545 | Jeffrey J. Guerard, SBN 1064335 |
| | |
| WALCHESKE & LUZI, LLC | Ahmad & Guerard, LLP |
| 235 N. Executive Drive, Suite 235 | 4915 S. Howell Ave., Suite 300 |
| Brookfield, Wisconsin 53005 | Milwaukee, Wisconsin 53207 |
| | |
| Telephone: (262) 780-1953 | Telephone: (414) 455-7707 |
| Email: mtobin@walcheskeluzi.com | Email: jguerard@law-ag.com |